UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 05cr117-01 (DRD) |
| v. | : | |
| | : | **ORDER** |
| DANIEL CHAVEZ | : | |

AND NOW, this 14th day of April, 2008, upon application of Defendant Daniel Chavez for appointment of counsel in this proceeding brought to reduce his sentence pursuant to 18 U.S.C. § 3582, it is hereby ORDERED that Chester M. Keller of the Office of the Federal Public Defender is appointed to represent Mr. Chavez in this matter.

                                                Dickinson R. Debevoise
                                                United States District Judge